**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**CENTRAL DIST. OF CALIFORNIA**

Case number (if known): _____    Chapter ___7___

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | | **Eliqs, Inc., a Delaware corporation** |
| 2. | All other names debtor used in the last 8 years | | **fka Eliqs, LLC, a Delaware limited liability company** |
| | Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | | _8_ _7_ – _3_ _0_ _0_ _7_ _4_ _8_ _1_ |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2720 Neilson Way FL1** | |
| Number    Street | Number    Street |
| **Box 5573** | |
| | P.O. Box |
| **Santa Monica**    **CA**    **90409** | |
| City    State    ZIP Code | City    State    ZIP Code |
| **Los Angeles** | Location of principal assets, if different from principal place of business |
| County | |
| | Number    Street |
| | City    State    ZIP Code |

| | | | |
|---|---|---|---|
| 5. | Debtor's website (URL) | | **www.eliqs.com** |
| 6. | Type of debtor | | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | | ☐ Partnership (excluding LLP) |
| | | | ☐ Other. Specify: _____ |

Debtor __**Eliqs, Inc., a Delaware corporation**_____    Case number (if known) _____

| | | |
|---|---|---|
| 7. | **Describe debtor's business** | *A. Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

**3**   **2**   **3**   **1**

| | | |
|---|---|---|
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11.   *Check all that apply:*

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  **Eliqs, Inc., a Delaware corporation** _____  Case number (if known) _____

| | | |
|---|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br><br>☐ Yes. District _____ When _____ Case number _____<br>                                    MM / DD / YYYY<br>        District _____ When _____ Case number _____<br>                                    MM / DD / YYYY<br>        District _____ When _____ Case number _____<br>                                    MM / DD / YYYY |
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br><br>☐ Yes. Debtor _____ Relationship _____<br>        District _____ When _____<br>                                    MM / DD / YYYY<br>        Case number, if known _____<br><br>        Debtor _____ Relationship _____<br>        District _____ When _____<br>                                    MM / DD / YYYY<br>        Case number, if known _____ |
| **11.** | **Why is the case filed in this district?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

Debtor **Eliqs, Inc., a Delaware corporation**                    Case number (if known) _____

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**    *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**
_____
Number      Street

_____

_____
City                                State      ZIP Code

**Is the property insured?**
☐ No
☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and adminstrative information**

13. **Debtor's estimation of available funds**

*Check one:*
☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

15. **Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

16. **Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**Request for Relief, Declaration, and Signatures**

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05/11/2023
               MM / DD / YYYY

X _____  05/11/23          Joe Schwappach
Signature of authorized representative of debtor    Printed name

Title    Secretary / Chief Operating Officer

X _____  5/11/23           Max Berg
Signature of authorized representative of debtor    Printed name

Title    Manager |

| 18. Signature of attorney | X _____         Date  5/11/2023
Signature of attorney for debtor                   MM / DD / YYYY

Keith S. Dobbins
Printed name

Law Office of Keith S. Dobbins
Firm name

4500 Park Grenada, Suite 202, Calabasas, CA 91302-1666
Number, Street, City, State & ZIP Code

Contact Phone  818-348-3442    Email address  keith@kdobbinslaw.com

100589
Bar number and State |

RESOLUTION OF THE BOARD OF DIRECTORS OF ELIQS, INC.,

A DELAWARE CORPORATION, AUTHORIZING THE COMMENCEMENT

OF A VOLUNTARY PETITION FOR RELIEF UNDER CHAPTER 7

OF THE UNITED STATES BANKRUPTCY CODE


**WHEREAS**, the Board of Directors ("**Board**") of Eliqs, Inc., a corporation ("**Corporation**") organized and existing under and by virtue of the provisions of the General Corporation Law of the State of Delaware ("**Corporation Law**"), in compliance with its By-laws and in accordance with the Corporation Law, having met and determined it necessary and advisable to authorize the filing of a Voluntary Petition for Relief for the Corporation under chapter 7 of the United States Bankruptcy Code ("**Code**") before the United States Bankruptcy Court for the Central District of California, for the purpose of effectuating an orderly liquidation of its assets, preserving and protecting its property rights and interests, and maximizing the recovery to creditors and equity holders in the most cost-efficient means possible, adopted the following Resolution(s):

**NOW THEREFORE, BE IT RESOLVED**, that the Board has authorized, and does so authorize, the Corporation to commence a case under Chapter 7 of the Code, to take all action reasonably necessary in connection therewith, including but not limited to the engagement and retention of the Law Office of Keith S. Dobbins to represent the Corporation as its general bankruptcy counsel in connection with the contemplated bankruptcy filing pursuant to the terms of the Limited Engagement Agreement; and authorizes one or more the Corporation's officers to sign and authorize the preparation and execution of all documents in connection with and in further of said proceeding.

**IN WITNESS WHEREOF**, the undersigned certifies that the foregoing Resolution was duly adopted by the Corporation.

_____  05/11/2023
Joe Schwappach, Secretary and Chief Operating Officer

_____  5/11/23
Max Berg, Manager and Board Member

STATEMENT OF RELATED CASES
INFORMATION REQUIRED BY LBR 1015-2
UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceedings(s).)

    None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    NOT APPLICABLE

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows. (Set forth the complete number and title of such prior proceeding, date filed, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    NONE

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceedings(s).)

    NOT APPLICABLE

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at <u>Los Angeles</u>        , California     _____  05/11/2023
                                                        Debtor

Dated        <u>5/11/23</u>                            _____ .
                                                        Joint Debtor

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California

**Fill in this information to identify the case**

| | |
|---|---|
| Debtor name | **Eliqs, Inc., a Delaware corporation** |
| United States Bankruptcy Court for the: | **CENTRAL DIST. OF CALIFORNIA** |
| Case number (if known) | |

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

  ☐ No. Go to Part 2.
  ☑ Yes. Fill in the information below.

  **All cash or cash equivalents owned or controlled by the debtor**

  Current value of
  debtor's interest

2.  **Cash on hand**

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

  Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of
                                                                                   account number

| | Name of institution | Type of account | Last 4 digits | | | | Current value |
|---|---|---|---|---|---|---|---|
| 3.1. | Checking account with First Republic Bank | Checking account | 8 | 2 | 0 | 1 | $32,189.79 |
| 3.2. | Checking account with First Republic Bank | Checking account | 9 | 0 | 5 | 4 | $2,742.75 |
| 3.3. | Checking account with Silicon Valley Bank | Checking account | 2 | 5 | 5 | 8 | $48,636.63 |

4.  **Other cash equivalents**    *(Identify all)*

  Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
  Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

  $83,569.17

### Part 2:    Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

  ☑ No. Go to Part 3.
  ☐ Yes. Fill in the information below.

| Debtor | **Eliqs, Inc., a Delaware corporation** | Case number (if known) |
|---|---|---|
| | Name | |

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

Current value of debtor's interest: **$0.00**

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

**11. Accounts receivable**

Current value of debtor's interest

| | | | | |
|---|---|---|---|---|
| 11a. 90 days old or less: | **$6,262.00** <br> face amount | – | **$0.00** <br> doubtful or uncollectible accounts | = ............ → **$6,262.00** |
| 11b. Over 90 days old: | **$28,929.14** <br> face amount | – | **$0.00** <br> doubtful or uncollectible accounts | = ............ → **$28,929.14** |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**$35,191.14**

## Part 4: Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:          % of ownership:

| | | | |
|---|---|---|---|
| 15.1. | **100% member interest in Eliqs Brewco West, LLC, a California limited liability company** | 100% | Unknown |
| 15.2. | **100% member interest in Eliqs West Coast Wines, LLC, a California limited liabiity company** | 100% | Unknown |
| 15.3. | **Eliqs West Coast Spirits, LLC, a California limited liability company** | 100% | Unknown |

Debtor  **Eliqs, Inc., a Delaware corporation**                          Case number (if known) _____
        Name

16.  **Government bonds, corporate bonds, and other negotiable and
     non-negotiable instruments not included in Part 1**

        Describe:

17.  **Total of Part 4**
     Add lines 14 through 16. Copy the total to line 83.                          | $0.00 |

## Part 5:  Inventory, excluding agriculture assets

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

     ☐ No. Go to Part 6.
     ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| Raw material inventory | 04/16/2023 | $29,199.00 | estimate FMV | $5,840.00 |
| 20. **Work in progress** | | | | |
| work in progress Inventory | 04/16/2023 | $127,788.00 | estimate FMV | $25,558.00 |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |

23.  **Total of Part 5**
     Add lines 19 through 22. Copy the total to line 84.                       | $31,398.00 |

24.  **Is any of the property listed in Part 5 perishable?**
     ☑ No
     ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ☑ No
     ☐ Yes. Book value _____  Valuation method _____  Current value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27.  **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

     ☑ No. Go to Part 7.
     ☐ Yes. Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. **Crops--either planted or harvested** | | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | | |

Debtor    **Eliqs, Inc., a Delaware corporation**
          _____          Case number (if known) _____
          Name

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.                                    | $0.00 |

34. **Is the debtor a member of an agricultural cooperative?**
    ☐ No
    ☐ Yes.  Is any of the debtor's property stored at the cooperative?
            ☐ No
            ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☐ No.  Go to Part 8.
    ☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture | | | |
| 40. Office fixtures | | | |
| 41. Office equipment, including all computer equipment and communication systems equipment and software | | | |
| two laptop computers | | estimate FMV | $750.00 |
| 42. Collectibles  Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.                                   | $750.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 8:  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
    ☐ No.  Go to Part 9.
    ☑ Yes.  Fill in the information below.

Debtor    **Eliqs, Inc., a Delaware corporation**                                    Case number (if known) _____
                  Name

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **Hysler Forklift** | | Esimate FMV | $5,000.00 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87. ................................................................................ $5,000.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88. ...... $0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 10:    Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes.  Fill in the information below.

Debtor   **Eliqs, Inc., a Delaware corporation**
_____     Case number (if known) _____
    Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** Patents, copyrights, trademarks, and trade secrets | | | |
| Patent pending | Unknown | | $1,000.00 |
| **61.** Internet domain names and websites | | | |
| domain names and website, website design and code base for eliqs.com; eliqspromo.com; barrellabs.xyz | Unknown | estimated | $3,000.00 |
| **62.** Licenses, franchises, and royalties | | | |
| Owned by Eliqs West Coast Wines, LLC: Type 02 Liquor License with California ABC No. 02-625972; Type 02 duplicate license with California ABC No. 02-626410; Federal Basic Permit with TTB: No.CA-W-24096; Importer's Permit with TTB: No. CA-1-23210 | | | |
| Owned by Eliqs BrewCo Wines, LLC: Type 23 License with California ABC No. 619363; Type 23 Duplicate License with California ABC No. 619364; Federal Basic Permit with TTB: No. BR-CA-21184 | | | |
| Owned by Eliqs West Coast Spirits, LLC: Federal Basic Permit with TTB: No. CA-S-20430/DSP-CA-20406 | | | Unknown |
| **63.** Customer lists, mailing lists, or other compilations | | | |
| Consumer and promotional product customer lists | Unknown | | Unknown |
| **64.** Other intangibles, or intellectual property | | | |
| **65.** Goodwill | | | |
| **66.** Total of Part 10. Add lines 60 through 65. Copy the total to line 89. | | | $4,000.00 |

**67.** Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
   ☐ No
   ☑ Yes

**68.** Is there an amortization or other similar schedule available for any of the property listed in Part 10?
   ☑ No
   ☐ Yes

**69.** Has any of the property listed in Part 10 been appraised by a professional within the last year?
   ☑ No
   ☐ Yes

**Part 11:** All other assets

**70.** Does the debtor own any other assets that have not yet been reported on this form?
Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☑ No. Go to Part 12.
   ☐ Yes. Fill in the information below.

Debtor     **Eliqs, Inc., a Delaware corporation**
_____     Case number (if known) _____
           Name

|  | | Current value of debtor's interest |
|---|---|---|
| **71.** | **Notes receivable** | |
| | Description (include name of obligor) | |
| **72.** | **Tax refunds and unused net operating losses (NOLs)** | |
| | Description (for example, federal, state, local) | |
| **73.** | **Interests in insurance policies or annuities** | |
| **74.** | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| **75.** | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| **76.** | **Trusts, equitable or future interests in property** | |
| **77.** | **Other property of any kind not already listed**  _Examples:_ Season tickets, country club membership | |
| **78.** | **Total of Part 11.** | |
| | Add lines 71 through 77.  Copy the total to line 90. | **$0.00** |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor    **Eliqs, Inc., a Delaware corporation**
_____    Case number (if known) _____
Name

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1._ | $83,569.17 | |
| 81. **Deposits and prepayments.** _Copy line 9, Part 2._ | $0.00 | |
| 82. **Accounts receivable.** _Copy line 12, Part 3._ | $35,191.14 | |
| 83. **Investments.** _Copy line 17, Part 4._ | $0.00 | |
| 84. **Inventory.** _Copy line 23, Part 5._ | $31,398.00 | |
| 85. **Farming and fishing-related assets.** _Copy line 33, Part 6._ | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | $750.00 | |
| 87. **Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | $5,000.00 | |
| 88. **Real property.** _Copy line 56, Part 9._ ➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** _Copy line 66, Part 10._ | $4,000.00 | |
| 90. **All other assets.** _Copy line 78, Part 11._ | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $159,908.31 + 91b. | $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 .................................................................    $159,908.31

**Fill in this information to identify the case:**

Debtor name **Eliqs, Inc., a Delaware corporation**

United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**
    ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2.  List in alphabetical order all creditors who have secured claims. If a creditor has more
    than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.1    Creditor's name**

**Describe debtor's property that is
subject to a lien**

**Creditor's mailing address**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account
number**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in
the same property?**
☐ No
☐ Yes. Specify each creditor, including this
creditor, and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the
    Additional Page, if any.                                                                    $0.00

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **Eliqs, Inc., a Delaware corporation** |
| United States Bankruptcy Court for the: | **CENTRAL DIST. OF CALIFORNIA** |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |

**California Dept. Tax & Fee Adm.**

**25360 Magic Mountain Pkwy.**

**Suite 330**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Santa Clarita          CA      91355**

Date or dates debt was incurred

**2022-2023**

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __8__ )

**Basis for the claim:**
**Taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **Eliqs, Inc., a Delaware corporation**                         Case number (if known) _____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $22,700.00 |
|---|---|---|---|

Acqscale, Inc.

☐ Contingent

11282 Ventura Blvd.

☐ Unliquidated
☐ Disputed

Los Angeles                CA      91604

**Basis for the claim:**
Services- web development

Date or dates debt was incurred        2022

**Is the claim subject to offset?**
☑ No

Last 4 digits of account number    __ __ __ __

☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $17,326.00 |
|---|---|---|---|

Acquilab, Inc.

☐ Contingent

25229 Carson Way

☐ Unliquidated
☐ Disputed

Stevenson Ranch            CA      91381

**Basis for the claim:**
Services - marketing

Date or dates debt was incurred        2022

**Is the claim subject to offset?**
☑ No

Last 4 digits of account number    __ __ __ __

☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $28.51 |
|---|---|---|---|

Adobe

☐ Contingent

345 Park Ave.

☐ Unliquidated
☐ Disputed

San Jose                   CA      95110

**Basis for the claim:**
Software provider

Date or dates debt was incurred        2023

**Is the claim subject to offset?**
☑ No

Last 4 digits of account number    __ __ __ __

☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $72.50 |
|---|---|---|---|

Airtable

☐ Contingent

799 Market Street

☐ Unliquidated
☐ Disputed

San Francisco              CA      94013

**Basis for the claim:**
Software provider

Date or dates debt was incurred        2023

**Is the claim subject to offset?**
☑ No

Last 4 digits of account number    __ __ __ __

☐ Yes

| Debtor | **Eliqs, Inc., a Delaware corporation** | Case number (if known) _____ |
|---|---|---|

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.5** Nonpriority creditor's name and mailing address

ASI Invoices

4800 Street Road

Trevose                    PA      19053

Date or dates debt was incurred      2022-2023

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Service provider- Industry Assoc

Is the claim subject to offset?
☑ No
☐ Yes

$2,607.99

---

**3.6** Nonpriority creditor's name and mailing address

AT&T ConnecTech

PO Box 6463

Carol Stream              IL      60197

Date or dates debt was incurred      2022

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Internet services

Is the claim subject to offset?
☑ No
☐ Yes

$1,889.95

---

**3.7** Nonpriority creditor's name and mailing address

Autopilot

3/44 Pittt St.

Sydney NSW 2000

Austrailia

Date or dates debt was incurred      2023

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Software provider

Is the claim subject to offset?
☑ No
☐ Yes

$149.00

---

**3.8** Nonpriority creditor's name and mailing address

Bitwave

382 NE 191st Street

Miami                     FL      33179

Date or dates debt was incurred      2022

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Software

Is the claim subject to offset?
☑ No
☐ Yes

$1,750.00

---

Debtor    **Eliqs, Inc., a Delaware corporation** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    Amount of claim

---

**3.9** Nonpriority creditor's name and mailing address

CalRecycle

PO Box 4025

_____

Sacramento    CA    95812

Date or dates debt was incurred    2022

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
waste management

Is the claim subject to offset?
- [x] No
- [ ] Yes

$4,465.17

---

**3.10** Nonpriority creditor's name and mailing address

Daisy Marquez

520 Castle Street

_____

Desoto    TX    75115

Date or dates debt was incurred    2022-2023

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
Commissions

Is the claim subject to offset?
- [x] No
- [ ] Yes

$5,901.11

---

**3.11** Nonpriority creditor's name and mailing address

Echo Global Logistics, Inc.

600 W. Chicago Ave

Suite 725

Chicago    IL    60654

Date or dates debt was incurred    2022-2023

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
Freight

Is the claim subject to offset?
- [x] No
- [ ] Yes

$9,288.93

---

**3.12** Nonpriority creditor's name and mailing address

Eisner, LLP

9601 Wilshire Blvd.

7th Fl.

Beverly Hills    CA    90210

Date or dates debt was incurred    2022

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
legal services

Is the claim subject to offset?
- [x] No
- [ ] Yes

$12,875.50

---

Debtor **Eliqs, Inc., a Delaware corporation**    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

### 3.13  Nonpriority creditor's name and mailing address

Evan Maguire

14477 Grape Street

Thornton                CO      80602

Date or dates debt was incurred      2022

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Sales commissions

Is the claim subject to offset?
☑ No
☐ Yes

$607.72

### 3.14  Nonpriority creditor's name and mailing address

Framework Labs

54 Spring Street

New York                NY      10012

Date or dates debt was incurred      2022

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Service provider - web develop

Is the claim subject to offset?
☑ No
☐ Yes

$12,500.00

### 3.15  Nonpriority creditor's name and mailing address

General Logistics Solutions

420 Montgomery

San Francisco                CA      94104

Date or dates debt was incurred      2022-2023

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Freight/Delivery

Is the claim subject to offset?
☑ No
☐ Yes

$11,467.26

### 3.16  Nonpriority creditor's name and mailing address

Gorgias

611 Mission Street

San Francisco                CA      94105

Date or dates debt was incurred      2023

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Software

Is the claim subject to offset?
☑ No
☐ Yes

$50.45

Debtor    **Eliqs, Inc., a Delaware corporation**                                        Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                 Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $538.89 |

**Hubspot**

**2 Canal Park**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Cambridge**          **MA    02141**

Basis for the claim:
**Software**

Date or dates debt was incurred    **2023**

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $550.00 |

**Klayvio**

**125 Summer St. Suite 7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Boston**          **MA    02111**

Basis for the claim:
**Software**

Date or dates debt was incurred    **2023**

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $866.20 |

**Mobile West Canning**

**13200 Danielson St.**

**Suite A2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Poway**          **CA    92064**

Basis for the claim:
**Service provider - production**

Date or dates debt was incurred    **2022**

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,470.24 |

**Mutesix, LLC**

**5800 Bristol Pkwy**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Culver City**          **CA    90230**

Basis for the claim:
**Service provider - marketing**

Date or dates debt was incurred    **2022**

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Eliqs, Inc., a Delaware corporation** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.        **Amount of claim**

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,965.00 |

Napa Wine Co.

PO Box 434

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Oakville        CA    94562

**Basis for the claim:**
rent

Date or dates debt was incurred    2023

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $37,307.91 |

Netsuite

15612 Collections Center Dr.

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Chicago        IL    60693

**Basis for the claim:**
Software

Date or dates debt was incurred    2022-2023

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,625.20 |

Netway Packaging

PO Box 102236

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Pasadena        CA    91189

**Basis for the claim:**
raw material vendor

Date or dates debt was incurred    2022

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $9,403.00 |

Pilsbury Winthrop Saw Pittman LLP

500 Capital Mall

Suite 1800

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Sacramento        CA    95814

**Basis for the claim:**
legal services

Date or dates debt was incurred    2022

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Eliqs, Inc., a Delaware corporation** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,338.72 |
|---|---|---|---|

**Propeller Industries**

**110 Williams Street**

**Suite 2200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Service provider - finance/acct**

| New York | NY | 10038 |
|---|---|---|

Date or dates debt was incurred    **2022**

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $93,130.36 |
|---|---|---|---|

**Ramp**

**71 5th Ave., Fl. 6**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Credit Card services**

| New York | NY | 10003 |
|---|---|---|

Date or dates debt was incurred    **2022**

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,182.09 |
|---|---|---|---|

**Randy Snyder**

**512 215th Court SE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Commissions**

| Sammamish | WA | 98074 |
|---|---|---|

Date or dates debt was incurred    **2022**

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $499.40 |
|---|---|---|---|

**Santa Monica Brew Works, Inc.**

**1920 Colorado Ave.**

**Suite C**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**inventory**

| Santa Monica | CA | 90404 |
|---|---|---|

Date or dates debt was incurred    **2022**

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **Eliqs, Inc., a Delaware corporation**                            Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,775.11 |

As of the petition filing date, the claim is:
*Check all that apply.*

Shopify

151 O'Connor Street

Ground Floor

Ottowa, Ontario K2P2L8

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Software services**

Date or dates debt was incurred    **2022-2023**

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address |    $26,244.80 |

As of the petition filing date, the claim is:
*Check all that apply.*

SLO Brewing Co, LLC

855 Aerovista Place

San Luis Obispo          CA    93401

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**inventory**

Date or dates debt was incurred    **2022**

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address |    $17,587.49 |

As of the petition filing date, the claim is:
*Check all that apply.*

Sovos Compliancee, LLC

200 Ballardvale Street

4th Floor

Wilmington          MA    01887

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Software provider**

Date or dates debt was incurred    **2022**

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address |    $29,400.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

Talia Spencer

2422 W. Lake Sammanish Pkwy NE

Redmond          WA    98052

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Service provider - design**

Date or dates debt was incurred    **2022**

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **Eliqs, Inc., a Delaware corporation**                              Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $111.63 |

**Tend Exchange Subsidiary, LLC**

**6701 S. Cener Drive W**

**Suite 425**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Service provider - Production**

| Los Angeles | CA | 90045 |

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    **2022**

Last 4 digits of account number    __ __ __ __

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $8,001.73 |

**TForce Freight**

**14881 Quorum Drive**

**Suite 700**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**delivery services**

| Dallas | TX | 75254 |

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    **2022-2023**

Last 4 digits of account number    __ __ __ __

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $84,892.84 |

**TriNet/Payroll**

**9000 Town Center Pkwy**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Software - payroll services**

| Brandenton | FL | 34202 |

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    **2022**

Last 4 digits of account number    __ __ __ __

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $7,175.00 |

**Twisty Designs**

**958 Sector 31**

**Gurgaon, Haryana, India 122001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Service provider - web develop.**

Date or dates debt was incurred    **2022**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor    **Eliqs, Inc., a Delaware corporation** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.37 | Nonpriority creditor's name and mailing address |
| --- | --- |

Uline

12575 Uline Dr.

Pleasant Prairie          WI      53158

Date or dates debt was incurred          2022-2023

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Packaging materials**

Is the claim subject to offset?
☑ No
☐ Yes

$7,775.82

| 3.38 | Nonpriority creditor's name and mailing address |
| --- | --- |

UPS

55 Glenlake Pkwy.NE

Atlanta          GA      30328

Date or dates debt was incurred          2022-2023

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Delivery Services**

Is the claim subject to offset?
☑ No
☐ Yes

$29,503.75

| 3.39 | Nonpriority creditor's name and mailing address |
| --- | --- |

US Tape and Label

2092 Westport Center Dr.

St. Louis          MO      63146

Date or dates debt was incurred          2022-2023

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**vendor - production materials**

Is the claim subject to offset?
☑ No
☐ Yes

$33,889.37

| 3.40 | Nonpriority creditor's name and mailing address |
| --- | --- |

Vercel

340 W. Lemon

Walnut          CA      91789

Date or dates debt was incurred          2023

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Software**

Is the claim subject to offset?
☑ No
☐ Yes

$50.00

Debtor    **Eliqs, Inc., a Delaware corporation**                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,100.00 |

**Willa Creative**

**1321 Venice Blvd.**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services - web development**

| **Venice** | **CA** | **90291** |

Date or dates debt was incurred    **2022**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $673.65 |

**Zack Peters**

**755 So. Spring Street**

**Apt. 1615**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Commissions**

| **Los Angeles** | **CA** | **90014** |

Date or dates debt was incurred    **2022-2023**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $360.00 |

**Zeplin**

**221 Main Street, Ste. 770**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Software**

| **San Francisco** | **CA** | **94107** |

Date or dates debt was incurred    **2023**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor   **Eliqs, Inc., a Delaware corporation** _____   Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

5.   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. + | **$523,098.29** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$523,098.29** |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Eliqs, Inc., a Delaware corporation** |
| United States Bankruptcy Court for the: | **CENTRAL DIST. OF CALIFORNIA** |
| Case number (if known) | _____ Chapter **7** |

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ **No.** Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**Fill in this information to identify the case:**

Debtor name **Eliqs, Inc., a Delaware corporation**

United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries
consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
   schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is
   owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor
   separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |

---

**Fill in this information to identify the case:**

Debtor Name  **Eliqs, Inc., a Delaware corporation**

United States Bankruptcy Court for the:  **CENTRAL DIST. OF CALIFORNIA**

Case number (if known):  _____

☐ Check if this is an
amended filing

---

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets--Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:**<br>Copy line 88 from Schedule A/B............................................................... | **$0.00** |
| 1b. **Total personal property:**<br>Copy line 91A from Schedule A/B............................................................. | **$159,908.31** |
| 1c. **Total of all property**<br>Copy line 92 from Schedule A/B.............................................................. | **$159,908.31** |

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D........................ **$0.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

| | |
|---|---|
| 3a. **Total claim amounts of priority unsecured claims:**<br>Copy the total claims from Part 1 from line 5a of Schedule E/F........................ | **$0.00** |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:**<br>Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F......... | + **$523,098.29** |

4. **Total liabilities**
Lines 2 + 3a + 3b.................................................................................... **$523,098.29**

---

**Fill in this information to identify the case and this filing:**

Debtor Name      Eliqs, Inc., a Delaware corporation

United States Bankruptcy Court for the   CENTRAL DIST. OF CALIFORNIA

Case number
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☑ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☑ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☑ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☑ Schedule H: Codebtors (Official Form 206H)

☑ A Summary of Assets and Liabilities for Non-Individuals (Official Form 206-Summary)

☐ Amended Schedule _____

☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/11/2023                X _____  05/11/2023
           MM / DD / YYYY                 Signature of individual signing on behalf of debtor

                                          Joe Schwappach
                                          Printed name
                                          Secretary / Chief Operating Officer
                                          Position or relationship to debtor
                                          Max Berg                          5/11/23
                                          Printed Name
                                          Manager
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Eliqs, Inc., a Delaware corporation** |
| United States Bankruptcy Court for the: | **CENTRAL DIST. OF CALIFORNIA** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1.    Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions and exclusions |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2023**<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | **$75,000.00** |
| **For prior year:** | From **01/01/2022**<br>MM / DD / YYYY | to | **12/31/2022**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,628,779.00** |
| **For the year before that:** | From **01/01/2021**<br>MM / DD / YYYY | to | **12/31/2021**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$861,504.00** |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | **Alcohol & Tobacco Tax and Trade Bureau**<br>Creditor's name<br>**PO Box 790353**<br>Street<br><br>**St. Louis**      **MO**   **63179-0353**<br>City                            State    ZIP Code | April 20, 2023 | **$32,128.63** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **taxes** |

Debtor     **Eliqs, Inc., a Delaware corporation**                              Case number (if known) _____
           <u>Name</u>

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575.  (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐  None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

4.1.   <u>See Attachment No. 4</u>                              _____
        <u>Insider's name</u>

        _____
        <u>Street</u>

        _____

        _____
        <u>City</u>              <u>State</u>    <u>ZIP Code</u>

        **Relationship to debtor**

        _____

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑  None

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑  None

**Part 3:    Legal Actions or Assignments**

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☑  None

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑  None

Debtor    **Eliqs, Inc., a Delaware corporation**
_____    Case number (if known) _____
          Name

## Part 4:    Certain Gifts and Charitable Contributions

9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the
     aggregate value of the gifts to that recipient is less than $1,000

     ☑ None

## Part 5:    Certain Losses

10.  All losses from fire, theft, or other casualty within 1 year before filing this case.

     ☑ None

## Part 6:    Certain Payments or Transfers

11.  **Payments related to bankruptcy**
     List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year
     before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or
     restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

     ☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Keith S. Dobbins, Esq.** | | 01/31/2023 | $9,338.00 |
| | **Address** | | | |
| | **Law Office of Keith S. Dobbins**<br>Street<br>**4500 Park Granada, Suite 202** | | | |
| | **Calabasas**          **CA**     **91302-1666**<br>City                             State       ZIP Code | | | |
| | **Email or website address**<br>**Keith@kdobbinslaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12.  **Self-settled trusts of which the debtor is a beneficiary**
     List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing
     of this case to a self-settled trust or similar device.
     Do not include transfers already listed on this statement.

     ☑ None

Debtor    **Eliqs, Inc., a Delaware corporation**    Case number (if known) _____
_____
    Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | | | Dates of occupancy | | |
|---|---|---|---|---|---|
| 14.1. | **411 W. 157th Street** | | From  **3/1/2022** | To  **3/31/2023** | |
| | Street | | | | |
| | **Gardena** | **CA**    **90248** | | | |
| | City | State    ZIP Code | | | |

| Address | | | Dates of occupancy | | |
|---|---|---|---|---|---|
| 14.2. | **1545 W. 134th Street** | | From  **8/1/2019** | To  **2/28/2022** | |
| | Street | | | | |
| | **Unit F** | | | | |
| | **Gardena** | **CA**    **90249** | | | |
| | City | State    ZIP Code | | | |

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes.  State the nature of the information collected and retained

Does the debtor have a privacy policy about that information?
☐ No.
☑ Yes.

Debtor    **Eliqs, Inc., a Delaware corporation**          Case number (if known) _____
                Name

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
     ☐ No. Go to Part 10.
     ☐ Yes. Fill in below:

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Santa Monica Mountains Farmstead**<br>Name | **Josepth Schwappach** | **Chardonnay Wine - 187 ml cans** | ☐ No<br>☑ Yes |
| **853 Via Alondra**<br>Street | Address<br>**2122 W. 29th Street**<br>**Los Angeles, CA 90018** | **Thompson White Wine - 187 ml cans**<br>**Rose Wine - 187 ml cans**<br>**Red Blend Wine - 187 ml cans** | |
| **Camarillo            CA    93012**<br>City            State    ZIP Code | | **187 ml slim brite cans**<br>**200 End Cans (slim)**<br>**Hysler Forklift** | |

### Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

Debtor    **Eliqs, Inc., a Delaware corporation**    Case number (if known) _____
_____
Name

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

24. **Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

## Part 13:    Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|---|
| 25.1. | **Eliqs West Coast Wines, LLC**<br>Name<br>**2720 Neilson Way FL1**<br>Street<br>**Box 5573**<br>**Santa Monica       CA    90409**<br>City                          State   ZIP Code | Debtor holds 100% interest; holds liquor license and permits | Do not include Social Security number or ITIN.<br><br>EIN: 8  6 – 3  2  7  6  1  3  8<br><br>Dates business existed<br><br>From  4/12/2021    To   present |
| 25.2. | **Eliqs Brewco West, LLC**<br>Name<br>**2720 Neilson Way FL 1**<br>Street<br>**Box 5573**<br>**Santa Monica       CA    90409**<br>City                          State   ZIP Code | Debtor owns 100% interest; entity owns liquor licenses and permit | Do not include Social Security number or ITIN.<br><br>EIN: 8  5 – 3  1  2  4  5  2  8<br><br>Dates business existed<br><br>From  8/15/2020    To   present |

| Debtor | **Eliqs, Inc., a Delaware corporation** | | Case number (if known) | |
| | Name | | | |

| | | | |
|---|---|---|---|
| 25.3. | **Business name and address**<br>**Eliqs West Coast Spirits, LLC**<br>Name | Describe the nature of the business<br>**Debtor owns 100% interest; owns<br>federal permit** | **Employer Identification number**<br>Do not include Social Security number or ITIN. |
| | **2720 Neilson Way FL 1**<br>Street | | EIN: 8  8 – 0  9  9  6  6  7  5 |
| | **Box 5573** | | **Dates business existed** |
| | **Santa Monica          CA    90409**<br>City                      State    ZIP Code | | From  **2/23/2022**   To   **present** |

## 26. Books, records, and financial statements

26a.    List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | | | Dates of service |
|---|---|---|---|---|
| 26a.1. | **Propeller Industries**<br>Name<br>**110 William St. No. 2200**<br>Street | | | From      **2021**      To      **2022** |
| | **New York**<br>City | **NY**<br>State | **10038**<br>ZIP Code | |

26b.    List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | | | Dates of service |
|---|---|---|---|---|
| 26b.1. | **Propeller Industries**<br>Name<br>**110 William St. No. 2200**<br>Street | | | From      **2021**      To      **2021** |
| | **New York**<br>City | **NY**<br>State | **10038**<br>ZIP Code | |

26c.    List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | | | If any books of account and records are<br>unavailable, explain why |
|---|---|---|---|---|
| 26c.1. | **Joseph Schwappach**<br>Name<br>**2122 W. 29th Street**<br>Street | | | |
| | **Los Angeles**<br>City | **CA**<br>State | **90018**<br>ZIP Code | |
| | Name and address | | | If any books of account and records are<br>unavailable, explain why |
| 26c.2. | **Max Berg**<br>Name<br>**3109 6th Street Upper Unit**<br>Street | | | |
| | **Santa Monica**<br>City | **CA**<br>State | **90405**<br>ZIP Code | |

Debtor    **Eliqs, Inc., a Delaware corporation**
Name                                                    Case number (if known)

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a
financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.  **IDS Real Estate Group**
Name
**515 S. Figueroa St.**
Street
**Suite 1600**

**Los Angeles**                    **CA**        **90071**
City                               State         ZIP Code

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No.
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Joe Schwappach | 2/16/2023 | $90,187.00 / cost |

**Name and address of the person who has possession of inventory records**

27.1.  **Joe Sschwappach**
Name
**2122 W. 29th Street**
Street

**Los Angeles**                    **CA**        **90018**
City                               State         ZIP Code

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Joe Schwappach | 4/16/2023 | $31,397.00 / est. FMV |

**Name and address of the person who has possession of inventory records**

27.2.  **Joe Schwappach**
Name
**2122 W. 29th Street**
Street

**Los Angeles**                    **CA**        **90018**
City                               State         ZIP Code

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders,
or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David N. Goldman | 224 Wythe Ave. #66B Brooklyn, NY 11249 | Chief Executive Officer / Shareholder | 15.8% |
| Joseph Schwappach | 2122 W. 29th St. Los Angeles, CA 90018 | Secretary / Shareholder | 15.7% |

| Debtor | **Eliqs, Inc., a Delaware corporation** | Case number (if known) | |
|--------|------|------|------|
| | Name | | |

| | | | |
|---|---|---|---|
| **Max Berg** | 3109 6th Street<br>Upper Unit<br>Santa Monica, CA 90405 | Chief Financial Officer /<br>Shareholder | **15.8%** |

**29.** **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|

**30.** **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

30.1. **see Attachment No. 30**
Name

Street

City                  State   ZIP Code

**Relationship to debtor**

**31.** **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

## Part 14:  Signature and Declaration

WARNING – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/11/2023
            MM / DD / YYYY

X _____  05/11/2023          Printed name    Joe Schwappach
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    Secretary / Chief Operating Officer

X _____  5/11/23             Printed name    Max Berg
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    Manager

## Statement of Financial Affairs - Attachment to No. 4

| Description | Insider Name | Role | Check Date | Gross Amount | Net Amount | Address |
|---|---|---|---|---|---|---|
| Salary | Max Berg | Officer | 05/20/2022 | $5,625.00 | $3,702.88 | 3109 6th St. Upper, Santa Monica, CA 90405 |
| Salary | Max Berg | Officer | 06/07/2022 | $5,625.00 | $3,702.88 | 3109 6th St. Upper, Santa Monica, CA 90405 |
| Salary | Max Berg | Officer | 06/22/2022 | $5,625.00 | $3,702.88 | 3109 6th St. Upper, Santa Monica, CA 90405 |
| Salary | Max Berg | Officer | 07/07/2022 | $5,625.00 | $3,702.88 | 3109 6th St. Upper, Santa Monica, CA 90405 |
| Salary | Max Berg | Officer | 07/22/2022 | $5,625.00 | $3,702.88 | 3109 6th St. Upper, Santa Monica, CA 90405 |
| Salary | Max Berg | Officer | 08/05/2022 | $5,625.00 | $3,702.88 | 3109 6th St. Upper, Santa Monica, CA 90405 |
| Salary | Max Berg | Officer | 08/22/2022 | $5,625.00 | $3,702.88 | 3109 6th St. Upper, Santa Monica, CA 90405 |
| Salary | Max Berg | Officer | 09/07/2022 | $5,625.00 | $3,702.88 | 3109 6th St. Upper, Santa Monica, CA 90405 |
| Salary | Max Berg | Officer | 09/22/2022 | $5,625.00 | $3,702.88 | 3109 6th St. Upper, Santa Monica, CA 90405 |
| Salary | Max Berg | Officer | 10/07/2022 | $5,625.00 | $3,702.88 | 3109 6th St. Upper, Santa Monica, CA 90405 |
| Salary | Max Berg | Officer | 10/21/2022 | $5,625.00 | $3,702.88 | 3109 6th St. Upper, Santa Monica, CA 90405 |
| Salary | Max Berg | Officer | 11/07/2022 | $5,625.00 | $3,702.88 | 3109 6th St. Upper, Santa Monica, CA 90405 |
| Salary | Max Berg | Officer | 11/22/2022 | $5,625.00 | $3,702.88 | 3109 6th St. Upper, Santa Monica, CA 90405 |
| Salary | Max Berg | Officer | 12/07/2022 | $5,625.00 | $3,702.88 | 3109 6th St. Upper, Santa Monica, CA 90405 |
| Salary | David Goldman | Officer | 05/20/2022 | $5,625.00 | $3,862.58 | 224 Wythe Ave, #66B Brooklyn, NY 11249 |
| Salary | David Goldman | Officer | 06/07/2022 | $5,625.00 | $3,862.58 | 224 Wythe Ave, #66B Brooklyn, NY 11249 |
| Salary | David Goldman | Officer | 06/22/2022 | $5,625.00 | $3,862.58 | 224 Wythe Ave, #66B Brooklyn, NY 11249 |
| Salary | David Goldman | Officer | 07/07/2022 | $5,625.00 | $3,862.58 | 224 Wythe Ave, #66B Brooklyn, NY 11249 |
| Salary | David Goldman | Officer | 07/22/2022 | $5,625.00 | $3,862.58 | 224 Wythe Ave, #66B Brooklyn, NY 11249 |
| Salary | David Goldman | Officer | 08/05/2022 | $5,625.00 | $3,862.58 | 224 Wythe Ave, #66B Brooklyn, NY 11249 |
| Salary | David Goldman | Officer | 08/22/2022 | $5,625.00 | $3,862.58 | 224 Wythe Ave, #66B Brooklyn, NY 11249 |
| Salary | David Goldman | Officer | 09/07/2022 | $5,625.00 | $3,862.58 | 224 Wythe Ave, #66B Brooklyn, NY 11249 |
| Salary | David Goldman | Officer | 09/22/2022 | $5,625.00 | $3,862.58 | 224 Wythe Ave, #66B Brooklyn, NY 11249 |
| Salary | David Goldman | Officer | 10/07/2022 | $5,625.00 | $3,862.58 | 224 Wythe Ave, #66B Brooklyn, NY 11249 |
| Salary | David Goldman | Officer | 10/21/2022 | $5,625.00 | $3,862.58 | 224 Wythe Ave, #66B Brooklyn, NY 11249 |
| Salary | David Goldman | Officer | 11/07/2022 | $5,625.00 | $3,862.58 | 224 Wythe Ave, #66B Brooklyn, NY 11249 |
| Salary | David Goldman | Officer | 11/22/2022 | $5,625.00 | $3,862.58 | 224 Wythe Ave, #66B Brooklyn, NY 11249 |
| Salary | David Goldman | Officer | 12/07/2022 | $5,625.00 | $3,862.58 | 224 Wythe Ave, #66B Brooklyn, NY 11249 |
| Salary | Joe Schwappach | Officer | 05/20/2022 | $5,625.00 | $4,070.00 | 2122 W 29th St. Los Angeles, CA 90018 |
| Salary | Joe Schwappach | Officer | 06/07/2022 | $5,625.00 | $4,070.00 | 2122 W 29th St. Los Angeles, CA 90018 |
| Salary | Joe Schwappach | Officer | 06/22/2022 | $5,625.00 | $4,070.00 | 2122 W 29th St. Los Angeles, CA 90018 |
| Salary | Joe Schwappach | Officer | 07/07/2022 | $5,625.00 | $4,070.00 | 2122 W 29th St. Los Angeles, CA 90018 |
| Salary | Joe Schwappach | Officer | 07/22/2022 | $5,625.00 | $4,070.00 | 2122 W 29th St. Los Angeles, CA 90018 |
| Salary | Joe Schwappach | Officer | 08/05/2022 | $5,625.00 | $4,070.00 | 2122 W 29th St. Los Angeles, CA 90018 |
| Salary | Joe Schwappach | Officer | 08/22/2022 | $5,625.00 | $4,070.00 | 2122 W 29th St. Los Angeles, CA 90018 |
| Salary | Joe Schwappach | Officer | 09/07/2022 | $5,625.00 | $4,070.00 | 2122 W 29th St. Los Angeles, CA 90018 |
| Salary | Joe Schwappach | Officer | 09/22/2022 | $5,625.00 | $4,070.00 | 2122 W 29th St. Los Angeles, CA 90018 |
| Salary | Joe Schwappach | Officer | 10/07/2022 | $5,625.00 | $4,070.00 | 2122 W 29th St. Los Angeles, CA 90018 |
| Description | Joe Schwappach | Officer | 10/21/2022 | $5,625.00 | $4,070.00 | 2122 W 29th St. Los Angeles, CA 90018 |
| Salary | Joe Schwappach | Officer | 11/07/2022 | $5,625.00 | $4,070.00 | 2122 W 29th St. Los Angeles, CA 90018 |
| Salary | Joe Schwappach | Officer | 11/22/2022 | $5,625.00 | $4,070.00 | 2122 W 29th St. Los Angeles, CA 90018 |
| Salary | Joe Schwappach | Officer | 12/07/2022 | $5,625.00 | $4,070.00 | 2122 W 29th St. Los Angeles, CA 90018 |

# ATTACHMENT TO NO. 13 - STATEMENT OF FINANCIAL AFFAIRS

| Transfer | Sale Price | Sale Date | Recipient of Money | Company | Recipient of Goods | | |
|---|---|---|---|---|---|---|---|
| | | | | | Contact | Email | Phone |
| Sale of Sleeve Application System | | | | | | | |
| • Axon EZ-100 Sleeve Applicator | | | | | | | |
| • Axon Thermoflow Tunnel | | | | | | | |
| • Air Knife System - Sonic 70 Centrifugal Blower | | | | | | | |
| • Conveyor - Crystal Vision 13' x 4.5' | | | | | | | |
| • Electrical Disconnect for Steam Tunnel | $34,000.00 | 9Mar2023 | Eliqs, Inc | Nail Alliance | Don Rodriguez | drodriguez@nail 562-391-3043 |
| Sale of Industrial Coolers | | | | | | | |
| • Walk-In Cooler 22 x 40 x 15ft | | | | | | | |
| • Walk-In Cooler 17 x 19 x 9ft | $22,000.00 | 7Mar2023 | Eliqs, Inc | JK Food Service | Kevin Pounders | kevin@jkfoodser 650-248-1118 |
| Sale of Isuzu NPR 2005 | $7,000.00 | 26Jan2023 | Eliqs, Inc | | Eric | | 626-409-0482 |
| Sale of Unlabelled Canned Waters | | | | | | | |
| • Purified Water (12oz Can) | | | | | | | |
| • Sparkling Water (12oz Can) | $15,750.00 | 10Mar2023 | Eliqs, Inc | Aakron Line | Devin Piscitelli | dpiscitelli@aakronline.com |
| NFT Sale | $16,372.73 | 6Apr2023 | Eliqs, Inc | NFT Marketplace | N/A | N/A | N/A |
| NFT Sale | $14,252.95 | 10Feb2023 | Eliqs, Inc | NFT Marketplace | N/A | N/A | N/A |
| | | | | | | | |
| TOTAL | $109,375.68 | | | | | | |

## Statement of Financial Affairs - Attachment to No. 30

| Description | Insider Name | Role | Check Date | Gross Amount | Net Amount | Address |
|---|---|---|---|---|---|---|
| Salary | Max Berg | Officer | 05/20/2022 | $5,625.00 | $3,702.88 | 3109 6th St. Upper, Santa Monica, CA 90405 |
| Salary | Max Berg | Officer | 06/07/2022 | $5,625.00 | $3,702.88 | 3109 6th St. Upper, Santa Monica, CA 90405 |
| Salary | Max Berg | Officer | 06/22/2022 | $5,625.00 | $3,702.88 | 3109 6th St. Upper, Santa Monica, CA 90405 |
| Salary | Max Berg | Officer | 07/07/2022 | $5,625.00 | $3,702.88 | 3109 6th St. Upper, Santa Monica, CA 90405 |
| Salary | Max Berg | Officer | 07/22/2022 | $5,625.00 | $3,702.88 | 3109 6th St. Upper, Santa Monica, CA 90405 |
| Salary | Max Berg | Officer | 08/05/2022 | $5,625.00 | $3,702.88 | 3109 6th St. Upper, Santa Monica, CA 90405 |
| Salary | Max Berg | Officer | 08/22/2022 | $5,625.00 | $3,702.88 | 3109 6th St. Upper, Santa Monica, CA 90405 |
| Salary | Max Berg | Officer | 09/07/2022 | $5,625.00 | $3,702.88 | 3109 6th St. Upper, Santa Monica, CA 90405 |
| Salary | Max Berg | Officer | 09/22/2022 | $5,625.00 | $3,702.88 | 3109 6th St. Upper, Santa Monica, CA 90405 |
| Salary | Max Berg | Officer | 10/07/2022 | $5,625.00 | $3,702.88 | 3109 6th St. Upper, Santa Monica, CA 90405 |
| Salary | Max Berg | Officer | 10/21/2022 | $5,625.00 | $3,702.88 | 3109 6th St. Upper, Santa Monica, CA 90405 |
| Salary | Max Berg | Officer | 11/07/2022 | $5,625.00 | $3,702.88 | 3109 6th St. Upper, Santa Monica, CA 90405 |
| Salary | Max Berg | Officer | 11/22/2022 | $5,625.00 | $3,702.88 | 3109 6th St. Upper, Santa Monica, CA 90405 |
| Salary | Max Berg | Officer | 12/07/2022 | $5,625.00 | $3,702.88 | 3109 6th St. Upper, Santa Monica, CA 90405 |
| Salary | David Goldman | Officer | 05/20/2022 | $5,625.00 | $3,862.58 | 224 Wythe Ave, #66B Brooklyn, NY 11249 |
| Salary | David Goldman | Officer | 06/07/2022 | $5,625.00 | $3,862.58 | 224 Wythe Ave, #66B Brooklyn, NY 11249 |
| Salary | David Goldman | Officer | 06/22/2022 | $5,625.00 | $3,862.58 | 224 Wythe Ave, #66B Brooklyn, NY 11249 |
| Salary | David Goldman | Officer | 07/07/2022 | $5,625.00 | $3,862.58 | 224 Wythe Ave, #66B Brooklyn, NY 11249 |
| Salary | David Goldman | Officer | 07/22/2022 | $5,625.00 | $3,862.58 | 224 Wythe Ave, #66B Brooklyn, NY 11249 |
| Salary | David Goldman | Officer | 08/05/2022 | $5,625.00 | $3,862.58 | 224 Wythe Ave, #66B Brooklyn, NY 11249 |
| Salary | David Goldman | Officer | 08/22/2022 | $5,625.00 | $3,862.58 | 224 Wythe Ave, #66B Brooklyn, NY 11249 |
| Salary | David Goldman | Officer | 09/07/2022 | $5,625.00 | $3,862.58 | 224 Wythe Ave, #66B Brooklyn, NY 11249 |
| Salary | David Goldman | Officer | 09/22/2022 | $5,625.00 | $3,862.58 | 224 Wythe Ave, #66B Brooklyn, NY 11249 |
| Salary | David Goldman | Officer | 10/07/2022 | $5,625.00 | $3,862.58 | 224 Wythe Ave, #66B Brooklyn, NY 11249 |
| Salary | David Goldman | Officer | 10/21/2022 | $5,625.00 | $3,862.58 | 224 Wythe Ave, #66B Brooklyn, NY 11249 |
| Salary | David Goldman | Officer | 11/07/2022 | $5,625.00 | $3,862.58 | 224 Wythe Ave, #66B Brooklyn, NY 11249 |
| Salary | David Goldman | Officer | 11/22/2022 | $5,625.00 | $3,862.58 | 224 Wythe Ave, #66B Brooklyn, NY 11249 |
| Salary | David Goldman | Officer | 12/07/2022 | $5,625.00 | $3,862.58 | 224 Wythe Ave, #66B Brooklyn, NY 11249 |
| Salary | Joe Schwappach | Officer | 05/20/2022 | $5,625.00 | $4,070.00 | 2122 W 29th St. Los Angeles, CA 90018 |
| Salary | Joe Schwappach | Officer | 06/07/2022 | $5,625.00 | $4,070.00 | 2122 W 29th St. Los Angeles, CA 90018 |
| Salary | Joe Schwappach | Officer | 06/22/2022 | $5,625.00 | $4,070.00 | 2122 W 29th St. Los Angeles, CA 90018 |
| Salary | Joe Schwappach | Officer | 07/07/2022 | $5,625.00 | $4,070.00 | 2122 W 29th St. Los Angeles, CA 90018 |
| Salary | Joe Schwappach | Officer | 07/22/2022 | $5,625.00 | $4,070.00 | 2122 W 29th St. Los Angeles, CA 90018 |
| Salary | Joe Schwappach | Officer | 08/05/2022 | $5,625.00 | $4,070.00 | 2122 W 29th St. Los Angeles, CA 90018 |
| Salary | Joe Schwappach | Officer | 08/22/2022 | $5,625.00 | $4,070.00 | 2122 W 29th St. Los Angeles, CA 90018 |
| Salary | Joe Schwappach | Officer | 09/07/2022 | $5,625.00 | $4,070.00 | 2122 W 29th St. Los Angeles, CA 90018 |
| Salary | Joe Schwappach | Officer | 09/22/2022 | $5,625.00 | $4,070.00 | 2122 W 29th St. Los Angeles, CA 90018 |
| Salary | Joe Schwappach | Officer | 10/07/2022 | $5,625.00 | $4,070.00 | 2122 W 29th St. Los Angeles, CA 90018 |
| Salary | Joe Schwappach | Officer | 10/21/2022 | $5,625.00 | $4,070.00 | 2122 W 29th St. Los Angeles, CA 90018 |
| Salary | Joe Schwappach | Officer | 11/07/2022 | $5,625.00 | $4,070.00 | 2122 W 29th St. Los Angeles, CA 90018 |
| Salary | Joe Schwappach | Officer | 11/22/2022 | $5,625.00 | $4,070.00 | 2122 W 29th St. Los Angeles, CA 90018 |
| Salary | Joe Schwappach | Officer | 12/07/2022 | $5,625.00 | $4,070.00 | 2122 W 29th St. Los Angeles, CA 90018 |

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

In re  **Eliqs, Inc., a Delaware corporation**

Case No.  _____

Chapter  **7** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept................................................................ | **$9,000.00** |
| Prior to the filing of this statement I have received................................................... | **$9,000.00** |
| Balance Due................................................................................................... | **$0.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services
representation of the debtor in connection with any contested or adversary proceeding filed by, or against, the
debtor.

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for
representation of the debtor(s) in this bankruptcy proceeding.

5/11/2023
_____
Date

_____
Keith S Dobbins                              Bar No.  100569
Law Office of Keith S Dobbins
4500 Park Granada
Suite 202
Calabasas, CA 91302-1666
Phone: (818) 348-3442 / Fax: (818) 348-6168

---

05/11/2023
_____
Joe Schwappach
Secretary / Chief Operating Officer

5/11/23
_____
Max Berg
Manager

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

Keith S. Dobbins, Esq. (SBN 100589)
Law Office of Keith S. Dobbins
4500 Park Granada, Suite 202
Calabasas, CA 91302
Tele: (818) 348-3442
Fax: (818) 348-6168
Email: keith@kdobbinslaw.com

FOR COURT USE ONLY

[X] Attorney for: Debtor Eliqs, Inc

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

In re:

ELIQS, INC., A DELWARE CORPORATOIN

Debtor(s).

CASE NO.:

ADVERSARY NO.:

CHAPTER: SELECT CHAPTER

Plaintiff(s),

**CORPORATE OWNERSHIP STATEMENT
PURSUANT TO FRBP 1007(a)(1)
and 7007.1, and LBR 1007-4**

Defendant(s).

[No hearing]

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* ___Joe Schwappach and Max Berg_____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

[Check the appropriate boxes and, if applicable, provide the required information.]

1.  I have personal knowledge of the matters set forth in this Statement because:

☒ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the Debtor corporation

2.a.  ☐ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

Goat Rodeo Capital. 2030 Union Street, Suite 3008, San Francisco, CA 94123;

M13, 1920 Olympic Blvd , Santa Monica, CA 90404,

Grishin Robotics, 2735 Sand Hill Road, Suite 220, Menlo Park, CA 94025

[For additional names, attach an addendum to this form.]

b.  ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date:  05/11/2023

By: _____
Signature of Debtor, or attorney for Debtor

Name:  Joe Schwappach
Printed name of Debtor, or attorney for Debtor

Date:  5/11/23

By: _____
Signature of Debtor, or attorney for Debtor

Name:  Max Berg
Printed name of Debtor, or attorney for Debtor

This form is optional  It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2012                                    Page 2                    F 1007-4.CORP.OWNERSHIP.STMT

| Attorney or Party name, Address, Telephone and/or Fax numbers, and California State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Keith S. Dobbins, Esq. (SBN 100589)<br>Law Office of Keith S. Dobbins<br>4500 Park Granada<br>Suite 202<br>Calabasas, CA 91302-1666<br><br>(818) 348-3442  FAX (818) 348-6168<br>keith@kdobbinslaw.com<br><br>☐  Debtor(s) appearing without attorney<br>☑  Attorney for Debtor | |

<div align="center">

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA  LOS ANGELES DIVISION

</div>

| In re:<br><br>Eliqs, Inc., a Delaware corporation<br><br><br><br><br><br><br><br><div align="right">Debtor(s)</div> | CASE NO:<br><br>Chapter 7<br><br><br><br><br><div align="center">**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS<br>[LBR 1007-1(d)]**</div> |
|---|---|

Pursuant to LBR 1007-1(d), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of

___5___ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  05/11/2023

Date:  5/11/23

Date:  5/11/2023

_____
Debtor's signature

_____
Joint Debtor's signature (if applicable)

_____
Attorney's signature (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2014                                                                 F 1007-1.MAILING.LIST.VERIFICATION

Eliqs, Inc., a Delaware corporation
2720 Neilson Way FL1
Box 5573
Santa Monica, CA 90409


Keith S. Dobbins, Esq.
Law Office of Keith S. Dobbins
4500 Park Granada
Suite 202
Calabasas, CA 91302-1666


United States Trustee
Office of the U.S. Trustee
915 Wilshire Blvd., Ste. 1850
Los Angeles, CA 90017

Acqscale, Inc.
11282 Ventura Blvd.
Los Angeles, CA 91604


Acquilab, Inc.
25229 Carson Way
Stevenson Ranch, CA 91381


Adobe
345 Park Ave.
San Jose, CA 95110


Airtable
799 Market Street
San Francisco, CA 94013


ASI Invoices
4800 Street Road
Trevose, PA 19053


AT&T ConnecTech
PO Box 6463
Carol Stream, IL 60197


Autopilot
3/44 Pittt St.
Sydney NSW 2000
Austrailia


Bitwave
382 NE 191st Street
Miami, FL 33179


California Dept. Tax & Fee Adm.
25360 Magic Mountain Pkwy.
Suite 330
Santa Clarita, CA 91355

CalRecycle
PO Box 4025
Sacramento, CA 95812


Daisy Marquez
520 Castle Street
Desoto, TX 75115


Echo Global Logistics, Inc.
600 W. Chicago Ave
Suite 725
Chicago, IL 60654


Eisner, LLP
9601 Wilshire Blvd.
7th Fl.
Beverly Hills, CA 90210


Evan Maguire
14477 Grape Street
Thornton, CO 80602


Framework Labs
54 Spring Street
New York, NY 10012


General Logistics Solutions
420 Montgomery
San Francisco, CA 94104


Gorgias
611 Mission Street
San Francisco, CA 94105


Hubspot
2 Canal Park
Cambridge, MA 02141

Klayvio
125 Summer St. Suite 7
Boston, MA 02111


Mobile West Canning
13200 Danielson St.
Suite A2
Poway, CA 92064


Mutesix, LLC
5800 Bristol Pkwy
Culver City, CA 90230


Napa Wine Co.
PO Box 434
Oakville, CA 94562


Netsuite
15612 Collections Center Dr.
Chicago, IL 60693


Netway Packaging
PO Box 102236
Pasadena, CA 91189


Pilsbury Winthrop Saw Pittman LLP
500 Capital Mall
Suite 1800
Sacramento, CA 95814


Propeller Industries
110 Williams Street
Suite 2200
New York, NY 10038


Ramp
71 5th Ave., Fl. 6
New York, NY 10003

Randy Snyder
512 215th Court SE
Sammamish, WA 98074


Santa Monica Brew Works, Inc.
1920 Colorado Ave.
Suite C
Santa Monica, CA 90404


Shopify
151 O'Connor Street
Ground Floor
Ottowa, Ontario K2P2L8


SLO Brewing Co, LLC
855 Aerovista Place
San Luis Obispo, CA 93401


Sovos Compliancee, LLC
200 Ballardvale Street
4th Floor
Wilmington, MA 01887


Talia Spencer
2422 W. Lake Sammanish Pkwy NE
Redmond, WA 98052


Tend Exchange Subsidiary, LLC
6701 S. Cener Drive W
Suite 425
Los Angeles, CA 90045


TForce Freight
14881 Quorum Drive
Suite 700
Dallas, TX 75254


TriNet/Payroll
9000 Town Center Pkwy
Brandenton, FL 34202

Twisty Designs
958 Sector 31
Gurgaon, Haryana, India 122001


Uline
12575 Uline Dr.
Pleasant Prairie, WI 53158


UPS
55 Glenlake Pkwy.NE
Atlanta, GA 30328


US Tape and Label
2092 Westport Center Dr.
St. Louis, MO 63146


Vercel
340 W. Lemon
Walnut, CA 91789


Willa Creative
1321 Venice Blvd.
Venice, CA 90291


Zack Peters
755 So. Spring Street
Apt. 1615
Los Angeles, CA 90014


Zeplin
221 Main Street, Ste. 770
San Francisco, CA 94107